E-FILED
Tuesday, 07 July, 2026  04:36:51 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ANN GILLESPIE, in her official capacity as Director of the Illinois Department of Insurance, and ILLINOIS DEPARTMENT OF INSURANCE,<br><br>Defendants. | No. 26-cv-3200<br><br>The Honorable Colleen R. Lawless |

### DEFENDANTS' MOTION TO STAY DEADLINE
### TO RESPOND TO COMPLAINT

Defendants Ann Gillespie, in her official capacity as Director of the Illinois Department of Insurance, and the Illinois Department of Insurance, by their attorney, Kwame Raoul, Attorney General of the State of Illinois, respectfully request that this Court stay their deadline to respond to Plaintiff's Complaint until thirty days after the date the Court rules on Plaintiff's motion for preliminary injunction, or, alternatively, extend Defendants deadline to respond to August 31, 2026. In support of this motion, Defendants state as follows:

1. On June 16, 2026, Plaintiff filed its Complaint. Dkt. 1. Defendants' response to the Complaint is due on July 8, 2026. Plaintiffs have also filed a motion for a preliminary injunction, and Defendants' deadline to respond to that motion is currently July 15, 2026. Dkt. 8.

2. Defendants require additional time to respond to the Complaint, given that defense counsel is working to respond to Plaintiff's motion for preliminary injunction. Moreover, Counsel for Defendants believe that this Court's ruling on the preliminary injunction may have a significant impact in how this case moves forward. For instance, this Court's ruling may result in Plaintiff

choosing to amend its complaint or affect how Defendants respond to the complaint. As such, Defendants believe it is appropriate to stay their responsive pleading deadline pending a ruling on Plaintiffs' motion for preliminary injunction.

3.      However, should this Court decline to stay the responsive pleading deadline, counsel for Defendants require additional time to prepare their responsive pleadings, particularly as they are also working to prepare their response to the preliminary injunction.  Defense counsel require additional time for their responsive pleading due to the complexity of the issues raised in the pleading, considerations regarding the type of response to file, other time-sensitive and time-intensive matters in counsels' work schedules, and the need for internal and external review prior to any filing. Defendants would seek 60 days, the time Defendants would have to respond to the Complaint if service had been waived, but defense counsel is out of the country for nearly two weeks when that deadline would fall and therefore seeks a slight extension of that time, until August 31, 2026.

4.      As such, if this Court does not stay the responsive pleading deadline in its entirety, Defendants respectfully request that this Court extend their deadlines to respond to the complaint until August 31, 2026.

5.      This is Defendants' first request for an extension of time to respond to the Complaint, and it is made in good faith, causing no prejudice to any party if it is granted.

WHEREFORE, Defendants respectfully request that the Court grant this motion and stay their deadline to respond to Plaintiff's Complaint until thirty days after the date the Court rules on Plaintiff's motion for preliminary injunction, or, alternatively, extend Defendants deadline to respond to August 31, 2026.

2

Dated: July 7, 2026

KWAME RAOUL
*Attorney General*

Deborah M. Beltran, Ill. 6283574
Senior Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
(773) 519-1757
*deborah.beltran@ilag.gov*

Respectfully submitted,

ANN GILLESPIE, in her official capacity as
Director of the Department of Insurance, and
the ILLINOIS DEPARTMENT OF
INSURANCE,

By: */s/ Deborah M. Beltran*