## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

|  |  |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION, ) ) ) )   Plaintiff, ) )  v. ) )  ANN GILLESPIE, ) in her official capacity as ) Director of the Illinois Department of Insurance, and) ILLINOIS DEPARTMENT OF INSURANCE ) ) ) Defendants. ) ) | Civil Action No.  26-cv-03200 The Honorable Colleen R. Lawless |

**PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Pharmaceutical Care Management Association ("PCMA") respectfully requests leave to file the accompanying reply brief in support of its Motion for Preliminary Injunction (ECF No. 8) pursuant to Local Civil Rule 7.1(B)(3).  Plaintiff submits that the reply brief, which addresses issues and arguments raised in Defendants' Opposition (ECF No. 24), will assist the Court in evaluating the merits of the motion.  Plaintiff has conferred with Defendants, who do not oppose the motion for leave to file a reply.  The proposed brief is attached hereto as **Exhibit 1**.

In support of this Motion, Plaintiff states that its proposed reply brief addresses arguments made in the State's opposition that could not have been anticipated in Plaintiff's opening brief.  These arguments include the State's attempts to distinguish this case from *Gobeille v. Liberty Mutual*, the State's claim that PCMA's members will not suffer irreparable

harm from reporting for ERISA plans because they are still required to report data related to non-ERISA plans, and the State's argument that PCMA (a trade association) cannot obtain an injunction for all of its affected members without proving specific harm to each.  PCMA also wishes to address the State's public interest arguments.

Plaintiff respectfully requests that this Court grant this motion and permit filing of the accompanying reply.

Dated:  July 27, 2026

Respectfully submitted,

PHARMACEUTICAL CARE
MANAGEMENT ASSOCIATION

By its attorneys,


*/s/ Kristyn DeFilipp*

Kristyn DeFilipp (MA # 676911)
Andrew M. London (MA # 690782)
Marilyn Icsman (MA # 713232)
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
Phone: (617) 832-1000
Fax: (617) 832-7000
kbuncedefilipp@foleyhoag.com
alondon@foleyhoag.com
micsman@foleyhoag.com

Andrew M. Ramage (ARDC # 6256554)
Brown Hay + Stephens
205 S. Fifth Street, Suite 1000
Springfield, IL 62701
Phone: (217) 544-8491
Fax: (217) 544-9609
aramage@bhslaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing to be filed using the CM/ECF filing system, which will electronically serve same upon the parties of record, on this 27th day of July 2026.

*/s/ Kristyn DeFilipp*
Kristyn DeFilipp