E-FILED
Monday, 27 July, 2026  08:36:07 AM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  26-cv-03200 The Honorable Colleen R. Lawless |
| ANN GILLESPIE, in her official capacity as Director of the Illinois Department of Insurance, and ILLINOIS DEPARTMENT OF INSURANCE | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION TO STRIKE PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 25-26]

Plaintiff Pharmaceutical Care Management Association ("PCMA") respectfully requests that the Court strike its Motion for Leave to File a Reply Memorandum in Support of Motion for Preliminary Injunction [**ECF No. 25-26**]. In support of this motion, Plaintiff states as follows:

1.     Plaintiff filed its Motion for Leave to File a Reply Memorandum in Support of Motion for Preliminary Injunction ("Motion for Leave") on July 24, 2026 [**ECF No. 25**]. The Motion for Leave filed on July 24, 2026 inadvertently failed to state that Defendants do not oppose the relief requested therein.

2.     Plaintiff subsequently filed an Amended Motion on July 27, 2026 [**ECF No. 26**]. However, due to an administrative error, the wrong document was filed.

1

3.      At the direction of the Clerk's office, Plaintiff subsequently filed its corrected Amended Unopposed Motion for Leave to File a Reply Memorandum in Support of Motion for Preliminary Injunction on July 27, 2026, along with the present Motion.

Plaintiff therefore respectfully requests that the Court grant this Motion to Strike and strike Plaintiff's Motion for Leave [**ECF No. 25-26**].

Dated:  July 27, 2026

Respectfully submitted,

PHARMACEUTICAL CARE
MANAGEMENT ASSOCIATION

By its attorneys,


*/s/ Kristyn DeFilipp*

Kristyn DeFilipp (MA # 676911)
Andrew M. London (MA # 690782)
Marilyn Icsman (MA # 713232)
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
Phone: (617) 832-1000
Fax: (617) 832-7000
kbuncedefilipp@foleyhoag.com
alondon@foleyhoag.com
micsman@foleyhoag.com

Andrew M. Ramage (ARDC # 6256554)
Brown Hay + Stephens
205 S. Fifth Street, Suite 1000
Springfield, IL 62701
Phone: (217) 544-8491
Fax: (217) 544-9609
aramage@bhslaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing to be filed using the CM/ECF filing system, which will electronically serve same upon the parties of record, on this 27th day of July 2026.

*/s/ Kristyn DeFilipp*
Kristyn DeFilipp