E-FILED
Wednesday, 02 September, 2026 04:54:01 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ANN GILLESPIE, in her official capacity as Director of the Illinois Department of Insurance, and ILLINOIS DEPARTMENT OF INSURANCE,<br><br>Defendants. | No. 26-cv-3200<br><br>The Honorable Colleen R. Lawless |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that Defendants were notified of this Court's August 31, 2026 Order on August 31, 2026 and September 1, 2026 through electronic communications. Additionally, on September 2, 2026, the undersigned sent further written notice of the Order, as directed on page 20 of the Court's August 31, 2026 Order.

Dated: September 2, 2026

Respectfully submitted,

ANN GILLESPIE, in her official capacity as Director of the Department of Insurance, and the ILLINOIS DEPARTMENT OF INSURANCE,

By: /s/ Deborah M. Beltran

KWAME RAOUL
*Attorney General*

Deborah M. Beltran, Ill. 6283574
Catharine Debelle
Assistant Attorneys General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
(773) 519-1757
(312) 720-5450
*deborah.beltran@ilag.gov*
*catherine.debelle@ilag.gov*