E-FILED
Tuesday, 29 September, 2026 09:54:43 AM
Clerk, U.S. District Court, ILCD

\

**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 26-cv-3200 |
| ANN GILLESPIE, in her official capacity as Director of the Illinois Department of Insurance, and ILLINOIS DEPARTMENT OF INSURANCE, | ) | The Honorable Colleen R. Lawless |
| Defendants. | ) | |

**ASSISTANT ATTORNEY GENERAL CATHARINE DEBELLE'S MOTION TO WITHDRAW REPRESENTATION OF DEFENDANTS**

Assistant Attorney General Catharine Debelle respectfully requests that this Court grant her motion to withdraw representation of Defendants Director Anne Gillespie and the Illinois Department of Insurance. In support of this motion, she states as follows:

1. In 2026, Assistant Attorney Catharine Debelle previously filed an appearance to represent Defendants Director Anne Gillespie and the Illinois Department of Insurance in this matter. (ECF Nos. 16).

2. As of September 30, 2026, Assistant Attorney General Bauer will no longer be employed with the Illinois Attorney General's Office.

3. For that reason, Assistant Attorney Catharine Debelle seeks to withdraw her representation of Defendants in this case.

4. Defendants will continue to be represented by co-counsel of record.

**WHEREFORE**, Assistant Attorney Catharine Debelle respectfully requests that this Court grant her motion to withdraw representation of Defendants.

Respectfully Submitted,

KWAME RAOUL
Illinois Attorney General

By: */s/ Catharine Debelle*
CATHARINE DEBELLE
ASSISTANT ATTORNEY GENERAL
Office of the Illinois Attorney General
General Law Bureau – Civil Rights Unit
115 S. LaSalle St.,
Chicago, IL 60603
Catharine.Debelle@ilag.gov